UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____/ *This document relates to:*     Bernetta Prosise, a single woman     06-6085 CRB _____/ | No. MDL 05-01699 CRB **STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO <u>ONLY</u> BERNETTA PROSISE** |

Plaintiff Bernetta Prosise and defendant Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of <u>only</u> Bernetta Prosise be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Should plaintiff or her lawful representative(s) attempt to re-file this claim against defendant, they shall do so only by re-filing in the United States District Court.

Dated: July 27, 2007                                **PHILLIPS & ASSOCIATES**

                                                            By <u>s/Lowell W. Finson</u>[1]
                                                               Lowell W. Finson
                                                               3030 North Third Street, Suite 1100
                                                               Phoenix, Arizona 85012
                                                               (602)258-8900 (Telephone)
                                                               (602)288-1632 (Facsimile)

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

- 1 -

1
2
3

    E-mail: lowellf@phillipslaw.ws
    AZ Bar ID 010872

**Attorneys for Plaintiff Bernetta Prosise**

4 **GORDON & REES, LLP**

5 By s/Stuart M. Gordon
   Stuart M. Gordon, Esq.
6    275 Battery Street, Suite 2000
   San Francisco, California 94111
7    (415)986-5900 (Telephone)
   (415)262-3801 (Facsimile)
8    E-mail: sgordon@gordonrees.com
   CA Bar No. 37477
9
**Attorneys for Defendant Pfizer, Inc.**
10

11 THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.
12

13 DATED: August 2, 2007

14 CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Charles R. Breyer]*

- 2 -