UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ /  *This document relates to:*  Gary Dean Antwine, a single man 06-6085 CRB _____ / | No. MDL 05-01699 CRB  STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO <u>ONLY</u> GARY DEAN ANTWINE |

    Plaintiff Gary Dean Antwine and defendant Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of <u>only</u> Gary Dean Antwine be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

    Should plaintiff or his lawful representative(s) attempt to re-file this claim against defendant, they shall do so only by re-filing in the United States District Court.

Dated: September 22, 2007

**PHILLIPS & ASSOCIATES**

By s/Lowell W. Finson[1]
Lowell W. Finson
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
(602)258-8900 (Telephone)
(602)288-1632 (Facsimile)

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

- 1 -

|  |  |
|---|---|
|  | E-mail: lowellf@phillipslaw.ws <br> AZ Bar ID 010872 |
|  | **Attorneys for Plaintiff Bernetta Prosise** |
| Dated: September 17, 2007 | **GORDON & REES, LLP** <br><br> By _/s/ Stuart M. Gordon_ <br> Stuart M. Gordon, Esq. <br> 275 Battery Street, Suite 2000 <br> San Francisco, California 94111 <br> (415)986-5900 (Telephone) <br> (415)262-3801 (Facsimile) <br> E-mail: sgordon@gordonrees.com <br> CA Bar No. 37477 |
|  | **Attorneys for Defendant Pfizer, Inc.** |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: October 3, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]