UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION / <br><br>*This document relates to:* <br><br>Anne Marie White and Codie Dale White, wife and husband, 06-6085 CRB / | No. MDL 05-01699 CRB <br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ONLY ANNE MARIE WHITE AND CODIE DALE WHITE** |

Plaintiffs Anne Marie White and Codie Dale White, and defendant Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of only Anne Marie White and Codie Dale White be dismissed with prejudice, with each side bearing its own attorneys' fees and costs.

Dated: December 17, 2007

**PHILLIPS & ASSOCIATES**

By s/Lowell W. Finson[1]
Lowell W. Finson
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
(602)258-8900 (Telephone)
(602)288-1632 (Facsimile)
E-mail: lowellf@phillipslaw.ws
AZ Bar ID 010872

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

- 1 -

1
2
3  Dated: 12/18/07
4
5
6
7
8
9
10
11  THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
12
    DATED: Dec. 19
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Attorneys for Plaintiffs Anne Marie White and Codie Dale White**

**GORDON & REES, LLP**

By s/Stuart M. Gordon
    Stuart M. Gordon, Esq.
    275 Battery Street, Suite 2000
    San Francisco, California 94111
    (415)986-5900 (Telephone)
    (415)262-3801 (Facsimile)
    E-mail: sgordon@gordonrees.com
    CA Bar No. 37477

**Attorneys for Defendant Pfizer, Inc.**

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 2 -