1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE BEXTRA AND CELEBREX                    No. MDL 05-01699 CRB
     MARKETING, SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION,               **ORDER RE: ATTORNEY**
                                                 **DECLARATION**
13   _____/

14   *This document relates to:*

15        Patricia O'Malley, 06-6085 CRB
          Robert Lee Lamb, 06-6074 CRB
16
17   _____/

18        Now pending before the Court is the motion of Phillips & Associates and Lowell W.

19   Finson and Robert Arentz to withdraw as counsel for the above plaintiffs in the above actions.

20   Counsel are directed to file a declaration or declarations under seal that sets forth the reasons

21   for their motion to withdraw.  The Court will take the motion to withdraw under submission

22   after the filing of the declaration(s).  Counsel are further advised that the Court will not

23   consider a motion to withdraw as counsel without such declaration; therefore, in the future

24   counsel should not move to withdraw without simultaneously requesting permission to file

25   under seal, and filing under seal, a declaration supporting the motion to withdraw.

26   **IT IS SO ORDERED.**

27

28   Dated: Feb. 11, 2008                         _____
                                                  CHARLES  R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrePhillipslawfirm.wpd